# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Constance Henry

                                         Plaintiff,

v.                                                                      Case No.: 1:25−cv−00281

                                                                                     Honorable Joan B. Gottschall

Shoe Dynasty Holdings, LLC dba Miz Mooz

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

        MINUTE entry before the Honorable Joan B. Gottschall: This case is dismissed with prejudice pursuant to plaintiff's notice [11] of voluntary dismissal filed May 13, 2025. Case terminated.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.